AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00449 |
| Kene Brian Lazo | ) | Assigned to: Judge Faruqui, Zia M. |
| DOB: XXXXXX | ) | Assign Date: 5/26/2021 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 6, 2021   in the county of _____ in the _____ in the District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | - Knowingly Entering or Remaining in a Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(2) | - Disorderly and Disruptive Conduct in a Restricted Building or Grounds Without Lawful Authority, |
| 40 U.S.C. § 5104(e)(2)(D) | - Disorderly Conduct on Capitol Grounds or in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(G) | - Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

T. Michael Class, Jr., Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   05/26/2021

*Judge's signature*

City and state:   Washington, D.C.     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*